IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DERRICK CAPERS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-168
)
PRATT INDUSTRIES, )
)
    Defendant. )
)

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of January 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA