AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DERRICK CAPERS

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:17CV-168

PRATT INDUSTRIES

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated 1/18/18, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court, this case is dismissed without prejudice. The Clerk of Court is Directed to Close this case.



January 18, 2018
Date

Scott L. Poff
Clerk

(By) Deputy Clerk